Name          Rebecca Hanson

Bar #         Admitted Pro Hac Vice

Firm          Reed Smith LLP

Address       10 S. Wacker Drive, 40th Flr

              Chicago, IL 60606

Telephone     312-207-1000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Michael A., and Peyton A.

| | |
|---|---|
| Plaintiff, | **Case No.**  3:25-cv-8005 |
| vs. | Corporate    **Disclosure Statement** |
| United Healthcare Insurance Company & United Behavioral Health | |
| Defendant. | |

This Corporate Disclosure Statement is filed on behalf of Defendant United Behavioral Health

_____ in compliance with the provisions of (*check one*):

☑ Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☑ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  (Attach additional pages if needed.)

UnitedHealth Group Incorporated _____ Relationship Wholly Owned Subsidiary _____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)

_____ Relationship_____

☐ Other(please explain):

_____
_____

☐ Diversity case.  (Attach additional pages if needed.)

Party name and Party Role:                    State:

_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this __3rd__ day of __March__, __2025__.

/s/ Rebecca Hanson
_____
Counsel of Record

- 2 -

Certificate of Service:

I hereby certify that on March 3, 2025, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

- 3 -