**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael A., et al., | No. CV-25-08005-PCT-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| United Healthcare Insurance Company, et al., | |
| Defendants. | |

The parties seek extensions of the remaining case management deadlines. (Doc. 34.) The court previously stated "the parties should not expect repetitive extensions of the remaining case management deadline[s]." (Doc. 32.) This latest latest request is granted but the parties are warned no further extensions will be granted absent extraordinary circumstances. Ongoing settlement discussions do not qualify as extraordinary circumstances.

/

/

/

/

/

/

/

/

Accordingly,

**IT IS ORDERED** the Motion for Extension of Time (Doc. 34) is **GRANTED**. The deadline to file the administrative record is **February 24, 2026**; the deadline to file plaintiffs' opening brief is **February 24, 2026**; the deadline to file defendants' combined response and opening brief is **March 27, 2026**; the deadline to file plaintiffs' combined response and reply brief is **April 13, 2026**; and the deadline to file defendants' reply brief is **May 5, 2026**.

Dated this 15th day of January, 2026.

Honorable Krissa M. Lanham
United States District Judge