THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael A., and Peyton A.,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>United Healthcare Insurance Company, and<br>United Behavioral Health,<br><br>　　　　　　　Defendants. | **STIPULATION OF DISMISSAL**<br><br>Case No. 3:25-cv-08005-KML<br><br>Judge Krissa M. Lanham |

The parties, through their undersigned counsel, hereby stipulate and move the Court to dismiss the above captioned matter with prejudice. Each party is to bear its own fees and costs.

Dated: March 30, 2026

/s/ Brian S. King
Brian S. King
(admitted *pro hac vice*)
**Brian S. King P.C.**
420 E. South Temple, Suite 420
Salt Lake City, Utah 84111
Telephone: (801) 532-1739

/s/ Rebecca R. Hanson *(with permission)*
Rebecca R. Hanson
Taylor A. Marcusson
(admitted *pro hac vice*)
**CROWELL & MORING LLP**
300 N. LaSalle Drive, Suite 2500
Chicago, IL 60654
D: (312) 379-7616
rhanson@crowell.com
tmarcusson@crowell.com

Counsel for Plaintiffs

Counsel for Defendants

1

CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to received service.

/s/ Brian S. King

2